AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Reginald William Lindsey, )  <br> *Petitioner* ) <br> v. ) <br> Bryan K Dobbs, Warden ) <br> *Respondent* ) | Civil Action No. 2:20-cv-03653-HMH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Petitioner, Reginald William Lindsey, shall take nothing of Respondent, Bryan K. Dobbs, Warden, as to the petition filed pursuant to 28 U.S.C. § 2241 and the petition is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry M Herlong, Jr, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Mary Gordon Baker, United States Magistrate Judge.

Date:  January 8, 2021                                         *ROBIN L. BLUME, CLERK OF COURT*

                                                               s/H.Cornwell
                                                        _____
                                                        *Signature of Clerk or Deputy Clerk*